In the Matter of the Application of THE PEOPLE OF THE
STATE OF NEW YORK ex rel. GEORGE REA, Respondent,
v. WILLIAM A. PRENDERGAST, as Comptroller of the City
of New York, Appellant.

*People ex rel. Rea* v. *Prendergast,* 178 App. Div. 930, affirmed.
(Submitted June 4, 1917; decided June 15, 1917.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
May 11, 1917, which affirmed an order of Special Term
granting a motion for a peremptory writ of mandamus
to compel the defendant to audit certain bills for steno-
graphic services rendered by the petitioner on the trial of
the case of People against Grout in the County Court of
Kings county.   The trial was an exceedingly lengthy one,
and during the course of it the judge who presided, acting
under section 300 of the Judiciary Law, directed the peti-
tioner herein to furnish him each day with a typewritten
transcript of his notes, of the testimony, etc., of the pre-
ceding day.   The principal questions involved were two in
number: (1) May the judge who is presiding at the trial
of a criminal cause make a certificate, under section 456
of the Code of Criminal Procedure, that the bill of a
stenographer, who furnishes a copy of the minutes for
the use of the county clerk, is fair and reasonable and a
county charge, and thus preclude the comptroller from
auditing the claim; and (2) may he also make such a
certificate, under section 303 of the Judiciary Law, for a
copy which is furnished to himself.

*Lamar Hardy, Corporation Counsel (Terence Farley*
and *William E. C. Mayer* of counsel), for appellant.

*Hunter L. Delatour* and *Meier Steinbrink* for
respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
POUND, McLAUGHLIN and CRANE, JJ.